UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY C. HERNANDEZ, | Case No.: 3: 24-cv-00343-ART-CLB |
| Plaintiff, | |
| v. | **ORDER** |
| M.S.R.H, | (ECF No. 5) |
| Defendant. | |

## I.    DISCUSSION

Plaintiff, who was formerly incarcerated, previously filed an application to proceed *in forma pauperis* for inmates. (ECF No. 5). However, Plaintiff has filed a change of address indicating that he is no longer incarcerated. (ECF No. 7). The Court denies the application to proceed *in forma pauperis* for inmates as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed in forma pauperis by a non-prisoner or pay the full filing fee of $405 on or before **January 27, 2025**.

## II.    CONCLUSION

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* for inmates (ECF No. 5) is **DENIED** as moot.

IT IS FURTHER ORDERED that, no later than **January 27, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff

can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS 30th day of December 2024.

_____
UNITED STATES MAGISTRATE JUDGE