UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY C. HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.S.R.H.,<br><br>　　　　　Defendant. | Case No.: 3:24-cv-00343-ART-CLB<br><br>**ORDER** |

**I.    DISCUSSION**

Plaintiff, who was formerly detained at Washoe County Detention Center, previously filed an application to proceed *in forma pauperis* for inmates. (ECF No. 5). However, Plaintiff has filed an updated address indicating that he is no longer incarcerated. (ECF No.17). Therefore, the Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $405 on or before **August 21, 2025**.[1]

**II.    CONCLUSION**

**IT IS THEREFORE ORDERED** that, no later than **August 21, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

---

[1] The Court previously denied Plaintiff's application to proceed *in forma pauperis* for inmates as moot after he was released from Washoe County Detention Center. (ECF No. 8). However, Plaintiff then filed an updated address stating that he was detained at a different jail facility, and the Court indicated that it would reconsider the application to proceed *in forma pauperis* for inmates. (ECF Nos. 10, 12). However, in light of Plaintiff's updated address, the Court now again directs him to file an application to proceed *in forma pauperis* for non-inmates.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS <u>23rd</u> day of July 2025.

_____
UNITED STATES MAGISTRATE JUDGE